HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br>DEBRA LEA WILSON,<br><br>         Debtor,<br>_____<br>DEBRA WILSON,<br><br>         Debtor-Appellant<br>   v.<br><br>JAMES RIGBY, et al,<br><br>         Appellees. | CASE NO. C16-1684 RAJ<br><br>ORDER |

This matter comes before the Court on the National Consumer Bankruptcy Rights Center's (NCBRC) and the National Association of Consumer Bankruptcy Attorneys' (NACBA) motion for leave to file a late *amici curiae* brief in support of the debtor in this matter. Dkt. ## 9, 12. Appellee James Rigby opposes the motion. Dkt. ## 10, 14.

The Court has discretion to allow movants to file a late brief. Fed. R. Bankr. P. 8017(e). The Court finds movants' perspective unique and helpful in resolving the matter. Accordingly, the Court **GRANTS** the motion. Dkt. ## 9, 12. The Court notes

ORDER- 1

1  that the movants filed their brief, Dkt. # 13, and therefore will allow Appellees to respond
2  within 14 days from the date of this Order.  The response brief shall not exceed 20 pages.
3
4       Dated this 17th day of March, 2017.
5
6
7       _____
8       The Honorable Richard A. Jones
        United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

ORDER- 2